# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Contractors Bonding and Insurance Company ;
5 Incorporated and Principal Place of Business in Another State; Illinois
**County of Residence:** Outside This District

### Defendant(s):

First Listed Defendant:
Grand Plaza Hotel, LLC ;
1 Citizen of This State;
**County of Residence:** Taney County

Additional Defendants(s):
Danielle Loddeke, Individually and as Parent and Next Friend of C.L., A.L. and S.L., minor children ;
1 Citizen of This State;

Lethon Bayne, Individually and as Parent and Next Friend of L.B., a Minor Child ;
1 Citizen of This State;

Keith Paszkiewicz, Individually and as Parent and Next Friend of H.P., a Minor Child ;
1 Citizen of This State;

**County Where Claim For Relief Arose:** Taney County

### Plaintiff's Attorney(s):

Timothy J Wolf ( Contractors Bonding and Insurance Company)
Watters Wolf Bub Hansmann, LLC
600 Kellwood Parkway
St. Louis, Missouri 63017
**Phone:** 6367980576
**Fax:**
**Email:** twolf@wwbhlaw.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** 5 Incorporated and Principal Place of Business in Another State

**Defendant:** 1 Citizen of This State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 110 Insurance Contracts

**Cause of Action:** 28 U.S.C. Section 2201(a)

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 75000

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Timothy J. Wolf

**Date:** 07/21/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.