IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 6:25-CV-03195-SRB |
| GRAND PLAZA HOTEL, LLC, ET AL., | ) ) ) | |
| Defendants. | ) | |

**JURY TRIAL DEMANDED**

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT GRAND PLAZA HOTEL, LLC TO PLAINTIFF'S COMPLAINT**

**COMES NOW** Grand Plaza Hotel, LLC (hereinafter "Defendant Grand Plaza" or "Defendant"), by and through its counsel of record, and for its Answer and Affirmative Defenses to Plaintiff's Complaint for Declaratory Judgment states to the Court as follows:

1. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 1 and therefor denies the same.

**PARTIES, JURISDICTION, AND VENUE**

2. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 2 and therefore denies the same.

3. Defendant admits it is a Missouri limited liability company with no members who are citizens of the State of Illinois.

4. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 4 and therefore denies the same.

1

5. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 5 and therefore denies the same.

6. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 6 and therefore denies the same.

7. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 7 and therefore denies the same.

8. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 8 and therefore denies the same.

9. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 9 and therefore denies the same.

10. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 10 and therefore denies the same.

11. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 11 and therefore denies the same.

12. Paragraph 12 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 12.

13. Defendant is without sufficient information to form a belief as to the truth or veracity of the allegations of paragraph 13 and therefore denies the same.

14. Paragraph 14 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 14.

15. Paragraph 15 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 15.

16. Paragraph 16 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 16.

17. Paragraph 17 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 17.

18. Paragraph 18 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 18.

19. Paragraph 19 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 19.

20. Paragraph 20 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 20.

## **GENERAL ALLEGATIONS**

21. Paragraph 21 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 21.

3
Case 6:25-cv-03195-SRB    Document 7    Filed 11/25/25    Page 3 of 12

22. Paragraph 22 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 22.

23. Paragraph 23 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 23.

24. Paragraph 24 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 24.

## Factual Allegations of the Underlying Lawsuit

25. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 25.

26. Defendant admits Case No. 2446-CC00036 was filed, but denies the allegations contained in the petition and thus denies the allegations contained within paragraph 26.

27. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 27.

28. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 28.

29. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 29.

30. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 30.

31. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 31.

32. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 32.

33. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 33.

34. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 34.

35. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 35.

36. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 36, including all subparts thereto.

37. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 37.

38. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 38.

39. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 39, including all subparts thereto.

40. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 40.

41. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 41, including all subparts thereto.

42. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 42.

43. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 43.

44. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 44.

## The CBIC Insurance Policy

45. Defendant states that Exhibit B speaks for itself, so no response is necessary, to the extent that a response from Defendant is necessary, Defendant admits that a policy was issued to it and that Exhibit B is a true and accurate copy of the policy. Defendant denies all remaining allegations contained within paragraph 45.

46. Defendant states that Exhibit B speaks for itself, so no response is necessary, to the extent that a response from Defendant is necessary, Defendant admits that it was a named insured on the policy, but Defendant denies all remaining allegations contained within paragraph 46.

47. Defendant states that Exhibit B speaks for itself, so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 47.

48. Defendant states that Exhibit B speaks for itself, so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 48.

## GROUNDS FOR DECLARATORY JUDGMENT

49. Defendant admits it has made demand for CBIC to defend and/or indemnify it against claims in the lawsuit under the policy, Defendant denies the remaining allegations contained within paragraph 49.

50. Paragraph 50 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 50.

51. Paragraph 51 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 51.

52. Defendant states that Exhibit B speaks for itself, so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 52.

53. Paragraph 53 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 53.

54. Paragraph 54 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 54.

55. Defendant states that Exhibit B speaks for itself, so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 55.

56. Defendant states that Exhibit B speaks for itself, so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 56.

57. Defendant states that Exhibit B speaks for itself, so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 57.

58. Defendant states that the lawsuit contained within Exhibit A speaks for itself so no response is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within Exhibit A and the remaining allegations of paragraph 58.

59. Paragraph 59 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 59.

60. Paragraph 60 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 60.

61. Paragraph 61 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 61.

62. Paragraph 62 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 62.

63. Paragraph 63 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 63.

64. Paragraph 64 contains a legal conclusion to which no response of Defendant is necessary, to the extent that a response from Defendant is necessary, Defendant denies all allegations contained within paragraph 64.

**WHEREFORE**, Defendant having fully and completely responded to the claims of Plaintiff's Complaint ask that the same be dismissed or denied, and for such other and further relief as the Court deems just in the premises.

## AFFIRMATIVE DEFENSES

**COMES NOW** Defendant, and for its Affirmative Defenses, states to the Court as follows:

65. Plaintiff's Complaint fails to state a claim for which relief can be granted.

66. Plaintiff waived its defense of coverage under the subject insurance policy and is therefore estopped from asserting a defense to coverage due to its participation in the defense of the underlying lawsuit, Case No. 2446-CC00036, against Defendant without having provided timely notice that it was reserving its rights to deny coverage under the insurance policy.

67. The exclusionary language in the subject insurance policy upon which Plaintiff relies in attempting to deny coverage is ambiguous.

68. Plaintiff has failed to meet conditions precedent required to enforce the alleged exclusions to coverage for Defendant under the subject insurance policy.

69. Plaintiff's alleged claim of a denial of coverage based upon the pollution exclusion in the subject insurance policy is unenforceable as it is contrary and violates public policy and/or applicable law.

70. Plaintiff's Complaint is not ripe, in that Plaintiff has not presented to the Court a fully justiciable controversy and any opinion rendered by this Court therefrom would be advisory in nature.

71. Plaintiff's filing of this declaratory judgment is equivalent to a denial of coverage with respect to the lawsuit filed against Defendant.

72. Plaintiff is equitably estopped from asserting a denial of coverage with respect to the lawsuit filed against Defendant.

73. That all such ambiguous terms, definitions, and other phrases contained within the insurance policy at issue should be viewed in favor of the Defendants, as the non-drafting parties, under the doctrine of *contra proferentum.*

74. That Plaintiff's interpretation of the insurance policy at issue is so broad that it would result in a pollutant exclusion that is what Courts have referred to as "virtually boundless," in

10
Case 6:25-cv-03195-SRB   Document 7   Filed 11/25/25   Page 10 of 12

that there is virtually no substance or chemical in existence that does not have the capacity to irritate or damage a person or property in some form or fashion. *See, i.e., Pipefitters Welfare Educ. Fund v. Westchester Fire Ins. Co.*, 976 F.2d 1037, 1043 (7th Cir. 1992). Applying the pollutant exclusion in the manner proposed by Plaintiff would result in a *reductio ad absurdum*, or, alternatively, would result in an exclusion applied so broadly that the exclusion effectively swallows the grant of coverage, making the grant of coverage wholly illusory.

75. To the extent any allegation is not specifically admitted, it is denied.

76. Defendant reserves the right to assert additional defenses to this action if it is discovered that such defenses are available.

**WHEREFORE**, Defendant having fully and completely responded to the Counts and of the Complaint, ask that the same be dismissed or denied, and for such other and further relief as the Court deems just in the premises.

LOWTHER JOHNSON
Attorneys at Law, LLC

By: _____
N. Austin Fax
Missouri Bar Number 68060
B. Jacob Haskins
Missouri Bar Number 71920
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Telephone: 417-866-7777
Fax: 417-866-1752
afax@lowtherjohnson.com
bhaskins@lowtherjohnson.com
*Attorneys for Defendant Grand Plaza Hotel, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of November, 2025, I have electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users of record.

                                              */s/ B. Jacob Haskins*
                                              B. Jacob Haskins, #71920